**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>EDI STAFFING INC.,<br><br>Defendant. | Adv. Proc. No. 25-50274 (KBO) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), George L. Miller, in his capacity as chapter 7 trustee of the bankruptcy estates for the above-captioned debtors and as plaintiff in this Adversary Proceeding ("Plaintiff"), by and through his undersigned counsel, hereby requests that a default be entered against the above-captioned defendant ("Defendant") in the Adversary Proceeding based on the details set forth in the *Declaration of Paige N. Topper in Support of Plaintiff's Request for Entry of Default* (the "Topper Declaration") attached hereto as **Exhibit A**. A form of Entry of Default is attached hereto as **Exhibit B.**

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| Dated: November 7, 2025 | **SAUL EWING LLP** |
| | |
| | */s/ Paige N. Topper* |
| | Evan T. Miller (No. 5364) |
| | Paige N. Topper (No. 6470) |
| | 1201 N. Market Street, Suite 2300 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 421-6800 |
| | evan.miller@saul.com |
| | paige.topper@saul.com |
| | |
| | and |
| | |
| | Michelle G. Novick (admitted *pro hac vice*) |
| | 161 North Clark Street, Suite 4200 |
| | Chicago, IL 60601 |
| | Telephone: (312) 876-7899 |
| | michelle.novick@saul.com |
| | |
| | and |
| | |
| | Turner N. Falk (admitted *pro hac vice*) |
| | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-8415 |
| | turner.falk@saul.com |
| | |
| | *Counsel to Plaintiff* |