**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>EDI STAFFING, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50274 (KBO)<br><br>**Re: Adv. D.I.: 10, 14** |

**CERTIFICATE OF NO OBJECTION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7055**

The undersigned, counsel to George L. Miller, as chapter 7 trustee ("Plaintiff") for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC (collectively, the "Debtors"), hereby certifies as follows:

1. On October 22, 2026, Plaintiff filed *Plaintiff's Motion for Entry of Default Judgment Pursuant to Federal Rule of Bankruptcy Procedure 7055* [Adv. D. I. 14] (the "Motion").

2. Responses to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before November 5, 2026 (the "Objection Deadline").

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or filed on the Court's docket.

WHEREFORE, the undersigned counsel respectfully requests that judgment by default, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the Court's earliest convenience.

Dated: November 6, 2026

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

*Special Counsel to Plaintiff*